IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JERRY KEITH REED, JR. | ) | |
| | ) | |
| V. | ) | 3-06-CV-2110-M |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| FEDERAL DRUG ENFORCEMENT | ) | |
| AGENCY | ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge William F. Sanderson, Jr., made Findings, Conclusions and a Recommendation in this case. Plaintiff filed a "Traverse" on April 2, 2007, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The Court supplements the findings of the Magistrate Judge in one respect. This Court concludes that the Wall Street Journal, which has a permanent news bureau in Dallas, is a newspaper of general circulation within this district, and publication in it satisfies 21 C.F.R. § 1316.75. *See generally United States v. Robinson*, 434 F.2d 357 (5th Cir. 2005). The Objections are overruled, and the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED this 23rd day of May, 2007.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS